# EXHIBIT B

| | |
|---|---|
| County Court **Arapahoe County Justice Center** County, Colorado<br>Court Address: 7325 S Potomac St #100, Centennial, CO 80112<br><br>Plaintiff(s): Danny Roy Dillard Jr<br>v.<br>Defendant(s): Wayfair LLC | **Filed**<br>DEC 31 2025<br>CLERK OF THE COMBINED COURT<br>ARAPAHOE COUNTY, COLORADO<br><br>DATE FILED<br>December 31, 2025 3:15 PM<br>CASE NUMBER: 2025CV478<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Danny Roy Dillard Jr<br>1220 Scranton Street, Aurora CO 80011<br>Phone Number: (720) 546-0763   E-mail: dannyairport9@gmail.com<br>FAX Number:              Atty. Reg. #: | Case Number:<br>**25CV478**<br><br>Division        Courtroom |

### COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

1. **Wayfair LLC**_____, defendant(s), is (are) resident(s) of **Arapahoe**_____ County, with a post office address of **19900 E 23rd Ave Suite B** Street, City **Aurora**_____, State of **Colorado**_____.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3. The amount claimed from **Wayfair LLC**_____, defendant(s), is/are **25,000**_____ dollars and ___0___ cents ($ **25,000.00** ), together with proper interest, costs and any other items allocable by statute or specific agreement.

   _____
   _____

4. Such claim arises from the following event(s) or transaction(s):

   On October 22nd 2025, Defamatory statements made by the defendant(s) employee. Which caused harm to my reputation, professional standing, and job opportunities. These representations were entirely malicious and made with reckless diregard for the truth.

   The Defendant(s) ☐is (are) ☐is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

   _____
   _____

5. The Plaintiff(s) ☐does (do) ☐does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_/s/ Danny Dillard_____          _____
Signature of Plaintiff(s)                                         Signature of Attorney for Plaintiff(s) (if applicable)

1220 Scranton Street, Aurora CO 80011
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s) **7205460763**

CRCCP FORM 2 SC   3-18   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE