# EXHIBIT B

| County Court Arapahoe County Justice Center County, Colorado | Filed |
|---|---|
| Court Address: 7325 S Potomac St #100, Centennial, CO 80112 | DEC 31 2025 |
| Plaintiff(s): Danny Roy Dillard Jr | CLERK OF THE COMBINED COURT ARAPAHOE COUNTY, COLORADO |
| v. | |
| Defendant(s): Wayfair LLC | DATE FILED December 31, 2025 3:15 PM CASE NUMBER 2025CV478 ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address): Danny Roy Dillard Jr 1220 Scranton Street, Aurora CO 80011 | Case Number: 25CV478 |
| Phone Number: (720) 546-0763  E-mail: dannyairport9@gmail.com FAX Number:   Atty. Reg. #: | Division     Courtroom |

**COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

1. Wayfair LLC _____, defendant(s), is (are) resident(s) of Arapahoe _____ County, with a post office address of 19900 E 23rd Ave Suite B Street, City Aurora, State of Colorado.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3. The amount claimed from Wayfair LLC _____, defendant(s), is/are 25,000 _____ dollars and 0 cents ($ 25,000.00 ), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s):

   On October 22nd 2025, Defamatory statements made by the defendant(s) employee. Which caused harm to my reputation, professional standing, and job opportunities. These representations were entirely malicious and made with reckless diregard for the truth.

   The Defendant(s) ☐is (are) ☐is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

5. The Plaintiff(s) ☐does (do) ☐does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_/s/ Danny_____     _____
Signature of Plaintiff(s)                 Signature of Attorney for Plaintiff(s) (if applicable)

1220 Scranton Street, Aurora CO 80011
Address(es) of Plaintiff(s)

Telephone Number(s) of Plaintiff(s) 7205460763

CRCCP FORM 2 SC   3-18   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE